**Order filed March 21, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01024-CR

———————

**JAMES EDWIN LONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-3656**

---

## ORDER

The reporter's record in this case was due March 15, 2019. *See* Tex. R. App. P. 35.1. The court has granted two previous requests to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cylena Korkmas, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM